84 A.3d 1059

Laquaille BRYANT, Petitioner

v.

The COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 186 EM 2013.

Supreme Court of Pennsylvania.

Jan. 31, 2014.

## *ORDER*

PER CURIAM.

AND NOW, this 31st day of January, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

---

84 A.3d 1059

Christopher BERRY, Petitioner

v.

PA BOARD OF PROBATION & PAROLE; Vincent Mooney, Warden Sci–Coal Township; Philadelphia District Attorney's Office, Respondents.

No. 189 EM 2013.

Supreme Court of Pennsylvania.

Jan. 31, 2014.

## *ORDER*

PER CURIAM.

AND NOW, this 31st day of January, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**